

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00168-CV

---

Sage Veterinary Imaging, PLLC, Appellant

v.

Dr. Karin Prater, Appellee

---

On Appeal from the 126th District Court
Travis County, Texas
Trial Court No. D-1-GN-24-009650

---

## MEMORANDUM OPINION

Appellant, Sage Veterinary Imaging, PLLC, has filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). No opinion has issued. *See* Tex. R. App. P. 42.1(c).

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). We dismiss any other pending motions as moot. Costs will be taxed against Appellant. Tex. R. App. P. 42.1(d).

GINA M. PALAFOX, Justice

June 19, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.